# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Brittney Wright

                Plaintiff,

v.                                      Case No.: 1:22−cv−04927
                                             Honorable Sharon Johnson Coleman

Buzzfeed, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 16, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone status hearing held on 12/16/2022. Defendant to respond to the complaint by 1/20/2023. Defendant stated on the call that he intends to file a motion for transfer or stay. Plaintiff to file a response to the motion by 2/20/2023; reply by 3/6/2023. Once the matter is fully briefed, the Court shall take it under advisement. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.