# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BRITTNEY WRIGHT, *Individually and on behalf of all others similarly situated,* | ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Case: 1:22-cv-04927 |
| BUZZFEED, INC., d/b/a HUFFPOST.COM, | ) ) ) ) | Judge: Hon. Sharon Johnson Coleman |
| *Defendant.* | ) ) | |

### NOTICE OF DISMISSAL

Plaintiff files this dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has neither answered nor filed a motion for summary judgment.

Therefore, Plaintiff hereby dismisses this matter without prejudice.

Dated: January 20, 2023    By: *Brandon M. Wise*
Brandon M. Wise – IL Bar # 6319580
Adam Florek – IL Bar # 6320615
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
73 W. Monroe, 5th Floor Chicago, IL 60604
T: 312-444-0734
bwise@peifferwolf.com
aflorek@peifferwolf.com

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with the clerk of the Court using the CM/ECF E-filing system, said system will allow for notice and access to all parties of record.

    *Brandon M. Wise*